UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| VERONIKA DOBYNS,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　　　　　　　Defendant. | CASE NO. 06cv2479-L (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** |
|---|---|

On August 16, 2007, the parties filed a Joint Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(ii). Accordingly, the complaint in this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: August 17, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

- 1 -

06cv2479